AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| 3 West 16th Street, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-01914 |
| Commonwealth Land Title Insurance Company | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth Land Title Insurance Company

Date:   03/13/2018

*Attorney's signature*

Joyce A. Davis (JD-3627)
*Printed name and bar number*

350 Fifth Avenue, Suite 3000
New York, NY 10018

*Address*

joyce.davis@fnf.com
*E-mail address*

(646) 432-8590
*Telephone number*

(212) 594-8378
*FAX number*